No. 1036. PEOPLE, APPELLEE, *v.* COCONUT PRODUCT INDUS-TRIAL COMPANY, APPELLANT.—Violation of the Law of Corporations. San Juan, Section 2. July 13, 1916. *Judgment modified and affirmed.*

---

No. 1455. FORESTIER *v.* FORESTIER.—Divorce. Humacao. July 17, 1916. *Judgment affirmed.*

---

No. 1049. PEOPLE, APPELLEE, *v.* ROMERO ET AL., APPELLANTS.—Cruelty to animals. San Juan, Section 2. July 18, 1916. *Judgment affirmed.*

---

No. 1529. F. CARRERA & BROTHER, APPELLEES, *v.* NEW YORK & PORTO RICO STEAMSHIP COMPANY, APPELLANT.—

No. 1530. MORAL & CO., LTD., APPELLEES, *v.* NEW YORK & PORTO RICO STEAMSHIP COMPANY, APPELLANT.—

Damages. Mayagüez. July 20, 1916. *Appeals withdrawn.*

---

No. 1050. PEOPLE, APPELLEE, *v.* MALDONADO ET AL., APPELLANTS.—Adulteration of milk.

No. 1021. PEOPLE, APPELLEE, *v.* MATÍAS ET AL., APPELLANTS.—Theft.

San Juan, Section 2. July 20, 1916. *Judgments affirmed.*